Case 1:10-cv-00571-TCB   Document 11   Filed 03/10/10   Page 1 of 2

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 10 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CIVIL ACTION No. 1:10-cv-00571

Myrna Clayton,                                              )
Abel II, Inc. by its Trustee Myrna Clayton,                 )
                                                            )
    **Plaintiffs**,                                           )
v.                                                          )
                                                            )
JOHNSON AND FREEDMAN LLC,                                   )
KYLE S. KOTAKE,                                             )
US BANK N.A. AS TRUSTEE FOR RASC2005KS11,                   )
TRANSLAND FINANCIAL SERVICES INC.,                          )
GMAC MORTGAGE LLC,                                          )
HOMECOMINGS FINANCIAL SERVICES LLC,                         )
McCURDY AND CANDLER LLC,                                    )
ANTHONY DeMARLO,                                            )
MORTAGE ELECTRONIC REGISTRATION                             )
  SYTEMS, INC. (MERS),                                      )

    **Defendants**.
_____/

## NOTICE FOR DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff and hereby dismisses without prejudice JOHNSON AND FREEDMAN LLC and KYLE S. KOTAKE from the Compliant in the above-styled case and requests the Clerk of the Court to enter on the records of the Court that such names are DISMISSED WITHOUT PREJUDICE.

This 10th day of March 2010

                                      HORNSBY & ASSOCIATES

                                      _____
                                      Louise T. Hornsby

2016 Sandtown Road, SW              Attorney for Plaintiff
Atlanta, Georgia 30311                Georgia Bar No.: 367800
(404) 752-5082

# CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of **NOTICE FOR DISMISSAL WITHOUT PREJUDICE** upon all parties of record in this matter by placing a copy of same in the United States Mail with sufficient postage thereon to insure delivery and addressed as follows:

**JOHNSON AND FREEDMAN, LLC**
c/o Larry Wayne Johnson, Esq.
1587 NE Expressway
Atlanta, Georgia 30329

**KYLE S. KOTAKE**
1587 NE Expressway
Atlanta, Georgia 30329

**McCURDY AND CANDLER, LLC**
c/o Anthony DeMarlo
250 E. Ponce de Leon Ave.
Decatur, Georgia 30030

**ANTHONY DeMARLO**
250 E. Ponce de Leon Ave.
Decatur, Georgia 30030

**US BANK N.A. AS TRUSTEE FOR RASC2005KS11**
c/o Nicholas J. Koelker, Esq.
Bradley Arant Boult Cummings
100 North Tryon St. Ste 2690
Charlotte, NC 28202

**GMAC MORTGAGE LLC**
c/o Corporate Service Company
40 Technology Parkway South Ste 300
Norcross, Georgia 30392

**HOMECOMINGS FINANCIAL SERVICES, LLC**
c/o Corporate Service Company
40 Technology Parkway South Ste 300
Norcross, Georgia 30392

**MORTAGE ELECTRONIC REGISTRATION SYTEMS, INC. (MERS)**
c/o Nicholas J. Koelker, Esq.
Bradley Arant Boult Cummings
100 North Tryon St. Ste 2690
Charlotte, NC 28202

This 10th day of March, 2010

HORNSBY & ASSOCIATES

Louise T. Hornsby
Attorney for Plaintiff

2016 Sandtown Road, SW
Atlanta, Georgia 30311
(404) 752-5082