## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MYRNA CLAYTON and ABEL II, INC., by its Trustee Myrna Clayton, | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| US BANK, N.A. as trustee for RASC2005KS11, individually and jointly, et al., | : : : : |
| Defendants. | : : |

CIVIL ACTION FILE
NO.: 1:10-CV-0571-TCB-SSC

## **ORDER**

This matter has come before the Court for consideration of Defendants' Joint Motion to Suspend Deadlines and Discovery Pending Resolution of Their Motions to Dismiss Complaint [Doc. 18]. The motion having been considered and for good cause shown, it is hereby

**ORDERED** that Defendants's motion is **GRANTED in part and DENIED in part**. Commencement of the discovery period in this action and the deadlines for all parties to file the Preliminary Report and Discovery Plan as required by Fed.R.Civ.P. 16 and 26 and LR 16.2, NDGa. and the Initial Disclosures pursuant to Fed. R. Civ. P. 26 and LR 26.1, NDGa. are **stayed** until **thirty (30) days** after the District Court's ruling on the pending motions to dismiss, provided that ruling does not resolve this action.

It is further **ORDERED** that pursuant to LR 3.3, NDGa. Plaintiffs and Defendants McCurdy and Candler, LLC and Anthony DeMarlo shall file a Certificate of Interested Persons within **fourteen (14) days** of the date of this Order.

**SO ORDERED** this  23rd  day of  March , 2010.

*Susan S. Cole*
SUSAN S. COLE
U.S. Magistrate Judge