IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Myrna Clayton, | ) | |
| Abel II, Inc. by its Trustee Myrna Clayton, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| US BANK N.A. AS TRUSTEE FOR RASC2005KS11, | ) | CIVIL ACTION |
| TRANSLAND FINANCIAL SERVICES INC., | ) | No. 1:10-cv-00571-TCB |
| GMAC MORTGAGE LLC, | ) | |
| HOMECOMINGS FINANCIAL SERVICES LLC, | ) | |
| McCURDY AND CANDLER LLC, | ) | |
| ANTHONY DeMARLO, | ) | |
| MORTAGE ELECTRONIC REGISTRATION | ) | |
|   SYTEMS, INC. (MERS), | ) | |
| | ) | |
| *Defendants*. | | |
| _____/ | | |

## PLAINTIFF CERTIFICATE OF INTERESTED PERSONS AND CORPORATED DISCLOSURE STATEMENT

**COMES NOW** Plaintiff Myrna Clayton and Abel II, Inc. by its Trustee Myrna Clayton pursuant to the United States District Court for the Northern District of Georgia Local Rule 3.3 and Federal Rule of Civil Procedure 7.1 and hereby files its Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel certifies that to the best of her knowledge the following is a list of all parties in this action:

    Myrna Clayton

      Abel II, Inc. by its Trustee Myrna Clayton

      US BANK N.A. AS TRUSTEE FOR RASC2005KS11, their stockholders, shareholders and employees

      TRANSLAND FINANCIAL SERVICES INC. their stockholders, shareholders and employees

      GMAC MORTGAGE LLC and their stockholders, shareholders and employees

      HOMECOMINGS FINANCIAL SERVICES LLC and their stockholders, employees and shareholders

      MCCURDY AND CANDLER LLC and their stockholders, shareholders and partners

      ANTHONY DEMARLO

      MORTAGE ELECTRONIC REGISTRATION SYTEMS, INC. (MERS) and their stockholders, employees and shareholders

2. The undersigned counsel further certifies that to the best of her knowledge that:

      Myrna Clayton is a Citizen of the State of Georgia, a resident of Fulton County

      Abel II, Inc. is a corporation duly incorporated in the State of Georgia

3. The undersigned counsel further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      To the best of Myrna Clayton's knowledge there are no other interested persons or entities other than the other named parties in the suit.

4. The undersigned counsel further certifies that they following is a full and complete list of

all persons serving as attorneys for Myrna Clayton and Abel II, Inc. by its Trustee Myrna Clayton.

    Louise T. Hornsby, Esq.
    HORNSBY & ASSOCIATES
    Address and contact information is listed below.

RESPECTFULLY SUBMITTED this 24th day of March 2010.

    /s/ Louise T. Hornsby
    LOUISE T. HORNSBY (Georgia Bar No. 367800)
    HORNSBY & ASSOCIATES
    2016 Sandtown Road,
    Atlanta, Georgia 30311,
    404- 752-5082,   (Telephone)
    404- 758-5337 (Facsimile)
    *Attorney for Plaintiff* s

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th date of March, 2010, served a copy of CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE upon all parties of record in this matter by placing a copy of same in the United States Mail with sufficient postage thereon to insure delivery and addressed as follows:

**US BANK N.A. AS TRUSTEE FOR RASC2005KS11**
c/o Nicholas J. Koelker, Esq.
Bradley Arant Boult Cummings
100 North Tryon St.  Ste 2690
Charlotte, NC  28202

**McCURDY AND CANDLER, LLC**
c/o Frank Olslon
250 E. Ponce de Leon Ave.
Decatur, Georgia  30030

**MORTAGE ELECTRONIC REGISTRATION SYTEMS, INC. (MERS)**
c/o Nicholas J. Koelker, Esq.
100 North Tryon St.  Ste 2690
Charlotte, NC  28202

**ANTHONY DeMARLO**
250 E. Ponce de Leon Ave.
Decatur, Georgia  30030

**HOMECOMINGS FINANCIAL SERVICES, LLC**
c/o Corporate Service Company
40 Technology Parkway South Ste 300

**GMAC MORTGAGE LLC**
c/o Corporate Service Company
40 Technology Parkway South Ste 300

Norcross, Georgia  30392                                        Norcross, Georgia  30392

/s/ Louise T. Hornsby
OF COUNSEL