FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 11 2011

By: JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MYRNA CLAYTON and ABEL II, INC., by its Trustee Myrna Clayton, )))) | |
| Plaintiffs, )))) | |
| v. )) | CIVIL ACTION FILE<br>NO. 1:10-cv-571-TCB |
| US BANK, N.A. as trustee for RASC2005KS11, TRANSLAND FINANCIAL SERVICES, GMAC MORTGAGE, LLC, HOMECOMINGS FINANCIAL SERVICES, LLC, MCCURDY AND CANDLER, LLC, ANTHONY DEMARLO and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), )))))))))))))) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") [35] issued by Magistrate Judge Susan S. Cole, which recommends

that Defendants' motions to dismiss be granted. Plaintiffs have filed objections [36] to the R&R.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district judge may accept, reject or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). Those portions of an R&R to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court finds that the R&R is correct in both law and fact and that Plaintiffs' objections are meritless. Accordingly, the Court ADOPTS AS ITS ORDER the R&R [35]. The CLERK is DIRECTED to close this case.

IT IS SO ORDERED this 11th day of February, 2011.

---

*(signature)*

Timothy C. Batten, Sr.
United States District Judge